# Court of Appeals
# of the State of Georgia

ATLANTA,  September 23, 2025

*The Court of Appeals hereby passes the following order:*

**A26A0304. AMIR IBAN SHORT v. THE STATE.**

In February 2024, Amir Iban Short was indicted on sixteen felony counts. In August 2025, Short filed a motion to quash the indictment. The trial court denied the motion, and Short filed this direct appeal. We lack jurisdiction.

Under OCGA § 5-6-34 (a) (1) (B), direct appeals generally may be taken from "[a]ll final judgments, that is to say, where the case is no longer pending in the court below[.]" A criminal case is not final and ripe for appeal until all of the charges against the defendant have been resolved. See *Keller v. State*, 275 Ga. 680, 680-681 (571 SE2d 806) (2002) (holding that a criminal case remains pending until the court enters a written judgment of conviction and sentence on each count). Here, Short's case remains pending below, as it has yet to go to trial. Accordingly, Short was required to comply with the interlocutory appeal procedures — including securing a certificate of immediate review from the trial court —  to obtain immediate appellate review of the order at issue. See OCGA § 5-6-34 (b); *Stewart v. State*, 240 Ga. App. 154, 154 (522 SE2d 743) (1999) (holding that an order denying a motion to dismiss an indictment is an interlocutory order). Short's failure to follow those procedures deprives us of jurisdiction over this appeal. See *Duke v. State*, 306 Ga. 171, 172 (1) (829 SE2d 348) (2019) ("The jurisdiction of an appellate court to consider an appeal depends upon whether the appeal is taken in substantial compliance with the rules of appellate procedure prescribing the conditions under which the judgment of the trial court may be considered appealable.") (punctuation omitted.)

Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __09/23/2025__

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*